Charles KING, Administrator of the Estate of Daniel M. Hawk, Deceased, Appellant,

v.

Frank and Alice SCHRIM, Individually, and t/d/b/a Garden Cafe.

No. 14377.

United States Court of Appeals Third Circuit.

Argued Oct. 7, 1963.

Decided Oct. 16, 1963.

Hymen Schlesinger, Pittsburgh, Pa., for appellant.

Kim Darragh, Pittsburgh, Pa. (Meyer, Darragh, Buckler, Bebenek & Eck, Pittsburgh, Pa., on the brief), for appellee.

Before KALODNER, STALEY and SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The Orders of Judgment of the District Court entered December 17, 1962 pursuant to the verdict of the jury will be affirmed.

Joseph Jean Jacques LaROCHELLE, a/k/a Jack LaRochelle, Plaintiff-Appellant,

v.

Walter A. SAHLI, District Director of Immigration and Naturalization Service at Detroit, Michigan, Defendant-Appellee.

No. 14813.

United States Court of Appeals Sixth Circuit.

Oct. 17, 1963.

Harry Kobel, Rosin & Kobel, Detroit, Mich., for appellant.

Lawrence Gubow, U. S. Atty., William H. Merrill, Chief Asst. U. S. Atty., Detroit, Mich., for appellee.

Before MILLER and WEICK, Circuit Judges, and PECK, District Judge.

ORDER.

Subsequent to the judgment of the District Court, the United States Supreme Court on June 17, 1963, decided the case of Rosenberg v. Fleuti, 374 U.S. 449, 83 S.Ct. 1804, 10 L.Ed.2d 1000, which ruling has a material bearing on the issue in this case.

Appellee has moved to vacate the judgment of the District Court and to remand the case with directions that the parties be given leave to amend their pleadings to put in issue the question of "entry", in accordance with the principles laid down in Rosenberg v. Fleuti, supra, which motion the appellant does not oppose.

The motion is sustained and it is so ordered.

Sigmund J. COSENTINE, Appellant,

v.

The PENNSYLVANIA RAILROAD COMPANY.

No. 14388.

United States Court of Appeals Third Circuit.

Argued Oct. 11, 1963.

Decided Oct. 23, 1963.

Matthew J. Ryan, III, Philadelphia, Pa. (Cornelius C. O'Brien, Jr., Philadelphia, Pa., on the brief), for appellant.

F. Hastings Griffin, Jr., Philadelphia, Pa. (Dechert, Price & Rhoads, Philadelphia, Pa., on the brief), for appellee.

Before KALODNER, STALEY, and SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The judgment of the District Court entered pursuant to the jury's verdict will be affirmed.